**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-2422**

———————

In re: JAMES RIFFIN,

> Debtor,

————————————————

JAMES RIFFIN,

> Debtor – Appellant,

> > v.

BALTIMORE COUNTY, MD; MARYLAND DEPARTMENT OF THE
ENVIRONMENT,

> Defendants – Appellees,

> > and

MARK JEROME FRIEDMAN,

> Trustee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Ellen L. Hollander, District Judge.
(1:12-cv-00897-ELH)

———————

Submitted: April 29, 2013                Decided: May 10, 2013

———————

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Riffin, Appellant Pro Se.   Anne D'Arcy Byrnes Talley, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Riffin appeals the district court's orders: (1) dismissing his appeal from the bankruptcy court for failure to timely file an appellate brief, as required by Fed. R. Bankr. P. 8009, and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Riffin v. Baltimore County, MD</u>, No. 1:12-cv-00897-ELH (D. Md. July 26, 2012; Nov. 2, 2012). We deny Riffin's motion for sanctions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>